No. 93–5622. JONES *v.* JACKSON, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance

with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petition for writ of certiorari. JUSTICE GINSBURG took no part in the consideration or decision of this motion.